469 A.2d 287

Commonwealth v. Hoinville, Appellant.

Submitted September 9, 1983. Suzanne B. Ercole, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed in part and remanded with directions to the lower court to make the necessary corrections upon the docket and the bills of information. Jurisdiction is not retained.